**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1926**

———————

JOHN M. DICKSON, JR.,

             Plaintiff - Appellant,

       v.

OFFICER SOREL V. UTSEY, in his official and individual capacity; CITY OF NEWPORT NEWS POLICE CHIEF JAMES D. FOX, in his official and individual capacity, acting under color of state law; CITY OF NEWPORT NEWS POLICE DEPARTMENT, in its official capacity, and as a person acting under color of state law; CLERK MRS/MS JANE DOE OF THE GENERAL DISTRICT COURT THE TRAFFIC/CIVIL DIVISION, in her individual capacity acting under color of state law,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:13-cv-00057-AWA-DEM)

———————

Submitted:  December 18, 2014        Decided:  December 22, 2014

———————

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John M. Dickson, Jr., Appellant Pro Se.  Darlene P. Bradberry, OFFICE OF THE CITY ATTORNEY, Newport News, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dickson v. Utsey</u>, No. 4:13-cv-00057-AWA-DEM (E.D. Va. July 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>